## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Oladayo Adeleke Oladokun
_____

Write the full name of each plaintiff or petitioner.

Case No. __25__ CV __7674__

-against-

Warden D. Rickard
_____

**NOTICE OF MOTION**

Write the full name of each defendant or respondent.

PLEASE TAKE NOTICE that ___Plaintiff___    ___Oladayo Adeleke Oladokun___

plaintiff or defendant    name of party who is making the motion

requests that the Court:

(see attached "A")

RECEIVED
JAN 14 2026
PRO SE OFFICE

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☐  a memorandum of law

☒  my own declaration, affirmation, or affidavit

☒  the following additional documents: Oladokun v. RICKARD

25cv7674

- Notice of Motion    • Motion for Judicial Notice
- Declaration

___12-23-2025___
Dated

___Oladayo Adeleke Oladokun___
Name

_____
Signature

___#21480-037___
Prison Identification # (if incarcerated)

PO Box 1000, FCI-Otisville, Otisville, NY  10963
Address                City            State        Zip Code

_____
Telephone Number (if available)

_____
E-mail Address (if available)

SDNY Rev: 5/24/2016

("A")

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OLADAYO OLADOKUN,
Reg. No. 21480-037,
Petitioner,
v.
WARDEN D. RICKARD,
FCI Otisville,
Respondent.
Case No. _____ 25cv7674

NOTICE OF MOTION
(Fed. R. Evid. 201)

PLEASE TAKE NOTICE that upon the annexed Motion for Judicial Notice, the Declaration of Oladayo Oladokun, the pleadings and records on file in this action, and pursuant to Federal Rule of Evidence 201, Petitioner Oladayo Oladokun, proceeding pro se, will move this Court for an Order taking judicial notice of certain adjudicative facts and official records relevant to his pending Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241.

PLEASE TAKE FURTHER NOTICE that the materials for which judicial notice is sought include, but are not limited to:
Governing Bureau of Prisons regulations and Program Statements concerning disciplinary hearings, impartiality requirements, and administrative remedy procedures;
Official BOP disciplinary records, including Incident Report No. 4058787 and the corresponding DHO report;
BOP administrative remedy records, including Remedy ID Nos. 1234671-R1 and 1234671-R2 and their procedural handling; and
Binding and persuasive Supreme Court and Second Circuit precedent governing due process in prison disciplinary proceedings.

PLEASE TAKE FURTHER NOTICE that Petitioner seeks judicial notice of these materials for the purpose of assisting the Court in adjudicating whether the loss of good conduct time, denial of administrative review, and resulting custody reclassification were imposed in violation of clearly established federal law.

PLEASE TAKE FURTHER NOTICE that Petitioner respectfully requests such other and further relief as the Court deems just and proper.

Respectfully submitted,

Oladayo Oladokun
Reg. No. 21480-037
FCI Otisville
Otisville, NY 10963

Dated: _12 -23_____, 2025

The Court will construe this filing as well as Petitioner's declaration, ECF No. 15, to be his reply (and, in any event, consider it in connection with the petition).  If Petitioner did not intend these filings to serve as his reply, he has until thirty days from the date Petitioner is served with Respondent's answer to respond.  *See* ECF No. 13.

The Clerk of Court is directed to terminate ECF No. 14 and to mail a copy of this Order to Petitioner.

SO ORDERED.

January 16, 2026

("A")

Retail

U.S. POSTAGE PAID

**UNITED STA...**
**POSTAL SERVICE** ®  | M A T E

FROM: OLADAYO OLADOKUN
Reg # 21480-037
P. O BOX 1000
Otisville NY 10963

- Expected delivery date specified for domestic use.
- Domestic...
- ...customs declaration form is required...



RECEIVED
JAN 14 2026
CLERK'S OFFICE
S.D.N.Y.

TO:

The Clerk of the Court
500 Pearl St
New York, NY, 10007
U.S. District Court

**FLAT RATE**
ONE RATE ■ ANY WEIG...

...ckage Pickup,
...code.

USPS.COM/PICKUP

This package is made from post-consumer waste. Please recycle - again.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; October 2023; All rights reserved.

**UNITED STATES POSTAL SERVICE** ®  pitney bowes

...ED

**USPS TRACKING #**



9488 8090 0027 6234 4435 79

Label 888-PB, Oct. 2015

...F October 2023
12 1/2 x 9 1/2

PAPER POUCH
how2recycle.info

RECEIVED
SDNY PRO SE OFFICE
2026 JAN 14  AM 11: 24